**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**FILE COPY**

MICHAEL W. DOBBINS,
CLERK

OFFICE OF THE CLERK
October 6, 2005

Ms. Laura A. Briggs, Clerk
United States District Court
105 Birch Bayh Federal Bldg and
United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

**Re: U.S. -v- Jose Alfredo Amaral-Estrada - 05 CR 754**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

_X_ Docket Sheet,
    Case No.: 05 CR 754

_X_ Affidavit in Removal

____ Financial Affidavit

____ Order appointing counsel

____ CJA 20 Form

_X_ Appearance form

_X_ Order of Removal dated: 9/14/05

____ Final Commitment Proceedings

____ Temporary Commitment

____ Order setting conditions of release

____ Detention Order

____ Appearance Bond

____ Other(see docket for entries):

Please acknowledge receipt of the documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

MARSHA GLENN

by: _____
Marsha E. Glenn, Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | 05 CR 54 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | OCT 06 2005 |

Ms. Laura A. Briggs, Clerk
United States District Court
105 Birch Bayh Federal Bldg and
United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

7004 2510 0001 9800 5710