Case: 1:05-cr-00754

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to: O5 CR 754

   Ms. Laura A. Briggs, Clerk
   United States District Court
   105 Birch Bayh Federal Bldg and
   United States Courthouse
   46 East Ohio Street
   Indianapolis, IN 46204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X R.L. Black          ☑ Agent
                         ☐ Addressee

B. Received by (Printed Name)   | C. Date of Delivery
   R L Diack                    | 10-12-05

D. Is delivery address different from item 1?  ☐ Yes
   if YES, enter delivery address below:        ☐ No

   O5 CR 754

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0001 9800 5710

PS Form 3811, August 2001      Domestic Return Receipt      2ACPRI-03-Z-098

O5CR 754



# FILED

OCT 1 8 2005

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**